IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON WILLIAM CUSTER,<br><br>Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director, NE Dept. of Corrections; and BRAD HANSEN, Warden, Tecumseh State Correctional Institution;<br><br>Respondents. | 8:18CV224<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Petitioner's Motion for Extension. ([Filing No. 16](#).) Petitioner requests an additional 90 days to file his brief in response to Respondents' Answer and Brief in Support filed on February 15, 2019. (*See* [Filing Nos. 14](#) & [15](#).) Upon consideration, the court will grant Petitioner's motion and he shall have until **June 19, 2019**, to file and serve his brief in response. Given the length of the extension, **no further extensions shall be granted absent exceptional circumstances**.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for an Extension ([filing no. 16](#)) is granted. Petitioner shall have until **June 19, 2019**, to file and serve his brief in response to Respondent's Answer and Brief in Support. **No further extensions shall be granted absent exceptional circumstances**.

2. The clerk of the court is directed to set a pro se case management deadline using the following text: **June 19, 2019**: check for Petitioner's brief.

Dated this 21st day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge