IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON WILLIAM CUSTER,<br><br>Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director, NE Dept. of Corrections; and BRAD HANSEN, Warden, Tecumseh State Correctional Institution;<br><br>Respondents. | 8:18CV224<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Petitioner's Motion for Evidentiary Hearing and Appointment of Counsel. (Filing No. 23.) The court has not yet completed its review of the answer, transcripts, and state court records pursuant to Rule 8 of the Rules Governing Section 2254 Cases in the United States District Courts. Accordingly,

IT IS ORDERED that: Petitioner's motion (filing no. 23) is denied without prejudice to reassertion.

Dated this 29th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge